# UNITED STATES BANKRUPTCY COURT
District of New Jersey (Newark)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/17/02.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

| Debtor(s) (name(s) and address): | |
|---|---|
| **Carlos T. Tejada**<br>426 Fulton Street ( Apt. No. 2)<br>Elizabeth, NJ 07207 | **Ingrid R. Tejada**<br>426 Fulton Street ( Apt. No. 2)<br>Elizabeth, NJ 7207- |
| Social Security Number(s)/Taxpayer ID(s):<br>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 (Carlos T. Tejada)<br>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 (Ingrid R. Tejada) | United States Bankruptcy Judge:<br>Honorable Rosemary Gambardella |
| Attorney for Debtor(s) (name and address):<br>Anna C. Little<br>300 Kimball Street<br>Suite 106<br>Woodbridge, NJ 07095<br>Telephone number: (732) 636-4901 | Trustee:<br>Joseph J. Newman<br>4 Concord St.<br>Cranford, NJ 07016<br><br>Telephone number: (908) 276-9371 |

### Meeting of Creditors:

Date: **02/21/02**    Time: **9:00 am**

Location: **Office of the U.S. Trustee, One Newark Center, 14th Fl, Suite 1401, Corner of McCarter Hwy & Raymond Blvd, Newark, NJ 07102-5504**

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
04/22/02

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File A Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office:<br>United States Bankruptcy Court<br>District of New Jersey<br>PO Box 1352 - 50 Walnut Street<br>Newark, NJ 07101-1352 | For the Court:<br>Clerk of the Bankruptcy Court:<br>James J. Waldron |
|---|---|
| Business Hours:<br>8:30 a.m. - 4:00 p.m., Monday - Friday (except holidays) | Date:<br>01/17/02 |



**BAE SYSTEMS**
11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

```
District/off: 0312-2          User: bown              Page 1 of 1              Date Rcvd: Jan 17, 2002
Case: 02-30603                Form ID: B9A            Total Served: 18

The following entities were served by first class mail on Jan 19, 2002.
db        +Carlos T. Tejada,     426 Fulton Street ( Apt. No. 2),     Elizabeth, NJ 07206-1220
jdb       +Ingrid R. Tejada,     426 Fulton Street ( Apt. No. 2),     Elizabeth, NJ 07206-1220
aty        Anna C. Little,     300 Kimball Street,    Suite 106,    Woodbridge, NJ 07095
tr         Joseph J. Newman,     4 Concord St.,     Cranford, NJ 07016
ust        U.S. Trustee,     Suite 1400,    One Newark Center,     Newark, NJ 07102
ust       +U.S. Trustee,     Office of the US Trustee,     One Newark Center,    Suite 2100,
            Newark, NJ 07102-5235
ust        U.S. Trustee,    US Dept of Justice,    Office of the US Trustee,    One Newark Center Ste 2100,
            Newark, NJ 07102
9364670   +BP/AMOCO,    P.O. BOX 9014,    DES MOINES, IA 50368-0001
9364668    CHASE,    P.O. BOX 15583,    WILMINGTON, DE 19886-1194
9364669    DISCOVER,    P.O. BOX 15251,    WILMINGTON, DE 19886-5251
9364675    FIRST NORTH AMERICAN NATIONAL BANK,    FNANB,,    P.O. BOX 42336,    RICHMOND, VA 23242-2336
9364674    GC SERVICES LIMITED PARTNERSHIPS,    COLLECTION AGENCY DIVISION,    6330 GULFTON,    HOUSTON, TX 77081
9364673    PROVIDIAN,    VISA,    P.O. BOX 660786,    DALLAS, TX 75266-0786    A
9364671    SEARS CARD,    P.O. BOX 182149,    COLUMBUS, OH 43218-2149
9364672    SEARS PREMIER CARD,    P.O. BOX 182149,    COLUMBUS, OH 43218-2149
9364676   +ST. ELIZABETH HOSPITAL,    225 WILLIAMSON STREET,    ELIZABETH, NEW JERSEY 07202-3600
9364667    TARGET,    RETAILERS NATIONAL BANK,    P.O. BOX 59231,    MINNEAPOLIS, MN 55459-0231
9364666    WACHOVIA,    P.O. BOX 15515,    WILMINGTON, DE 19886-5515

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Jan 19, 2002          Signature:  *Joseph Speetjens*