**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE:
TEJADA, CARLOS T.
TEJADA, INGRID R.

CASE NO. 02-30603 RG

Debtor(s)

**TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, Joseph J. Newman, Trustee, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has/have been fully administered.

I request that this report be approved, and that I be discharged from further duties as trustee.

Date: 02/21/02

Joseph J. Newman, TRUSTEE